639 A.2d 298

PEDRO CANCEL v. CITY OF PASSAIC POLICE DEPARTMENT.

February 23, 1994.

ORDER

This matter having come before the Court on a grant of certification, and the Court having reviewed the record and having considered the arguments of counsel;

And the Court having determined that there was sufficient credible evidence presented to support the findings reached by the judge of compensation;

And good cause appearing;

ORDERED that the judgment of the Appellate Division is summarily reversed, and the judgment of the Division of Workers Compensation is reinstated. *See Close v. Kordulak Bros.,* 44 *N.J.* 589, 598–99, 210 *A.*2d 753 (1965).